# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:** | **DEFENDANT:** |
|---|---|
| | |

**IN THE MATTER OF:**

In re Application of Forensic News LLC and Scott Stedman for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

**CAUSE OF ACTION:**

28 U.S.C. 1782 Application for Discovery in Aid of a Foreign Proceeding

**RELIEF SOUGHT:**

Order granting Applicants authorization to issue requested subpoenas

| **ATTORNEY FOR PLAINTIFF:** | **ATTORNEY FOR DEFENDANT:** |
|---|---|
| Anne Champion<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email: AChampion@gibsondunn.com | Unknown |

I am currently a member in good standing of the bar of this Court: ☑ YES ☐ NO

Signature of Attorney of Record: /s/ Anne Champion          Date: May 25, 2022