# EXHIBIT 6



JOURNALISM     TRUMP/RUSSIA     FEASTING ON THE SPOILS     ABOUT     CONTACT

JUNE 7, 2019

# Walter Soriano: The Security Consultant for Russian Oligarchs, the CIA … and Diego Maradona?



Walter Soriano

UPDATED WITH ADDITIONAL DETAILS ON USG, SPECIFICS OF SORIANO'S WORK FOR DERIPASKA AND ABRAMOVICH, AND LINKS TO THE CIA.

Natasha Bertrand at Politico was out with a big story earlier this week about Walter Soriano, a mysterious Orthodox Jew who runs a security firm in London.

Bertrand reported that the Senate Intelligence Committee issued a subpoena to Soriano seeking his communications with Paul Manafort and Michael Flynn.

The subpoena, sent April 5, also seeks records of Soriano's contacts with three Israeli private intelligence firms as well as any communications he may have had with Orbis Business Intelligence, a firm co-founded by the former British spy Christopher Steele.

The 51-year-old Soriano is unknown in the United States, but he's a figure of intense speculation in Israel where his name surfaced more than a year ago in connection with a bribery investigation of Israeli Prime Minister Benjamin Netanyahu.

Israeli Kan TV news reported that Soriano was hired to dig up dirt on the investigators investigating Netanyahu. This work was given to subcontractors, some of whom worked for Israeli military intelligence:







 





FOLLOW ME ON TWITTER









This prompted Netanyahu to write a Facebook post insisting that he had not spoken to Soriano in eight years.



What intrigued me about Soriano was that Bertrand's story linked him to Oleg Deripaska, whose connections to Paul Manafort were at the heart of Robert Mueller's investigation into Russian interference in the 2016 election.

What hasn't been reported in the United States is that Deripaska was a client of Soriano's consultancy, USG Security Limited, according to a court filing by Israeli investigative journalist Raviv Drucker. (Soriano is suing Drucker in Israel for libel.) Drucker wrote that Soriano worked for Deripaska during his long-running legal feud in London with Michael Cherney, who has long faced allegations—which he has denied—that he and his brother, Lev, are connected to Russian organized crime.

Another oligarch, Roman Abramovich, also was a USG client, according to Drucker. USG helped Abramovich in his legal dispute in London with Boris Berezovsky, Drucker's court filing states.

Drucker claims that USG's subcontractors carried out "sophisticated surveillance, information gathering and data acquisition by various technological means, such as eavesdropping, hacking, and so on."

On its website, USG says that its consultants are "all former members of the world's elite intelligence units, military forces and security organizations, with vast knowledge and practical experience."

This sounds very much like the work of the three private Israeli security firms who are mentioned in the subpoena: Psy Group, Wikistrat, and Black Cube. Founded by former Israeli military intelligence officers, Black Cube has used operatives with false identities to investigate journalists, victims of Harvey Weinstein, and former Obama staffer Ben Rhodes. Published reports claim Trump aides hired Black Cube for a "dirty ops" campaign to discredit Rhodes and other supporters of the Iran nuclear deal. (Black Cube denied working for Trump.)

Another Soriano client is Dmitry Rybolovlev, another Russian billionaire who purchased a Florida mansion from Trump in 2008 for $95 million. Trump had purchased the mansion for $41 million four years earlier.

Rybolovlev hired Soriano to spy on art dealer Yves Bouvier, according to Drucker and an investigation by Le Point, a French newsweekly. Le Point also obtained correspondence from Soriano to Rybolovlev suggesting he was also hired to deal with problems at the football club the oligarch owns, AS Monaco. (See "L'étrange M. Soriano," Le Point, February 7 2019.)

The football connection is an interesting thread in this strange world because someone named Walter Soriano emerged in 2010 — the same year that USG Security Limited went into business — as the UK representative of former Argentinian superstar Diego Maradona.

"I think Diego would be very open to the idea of coming to England and managing Aston Villa," a reporter for the Sunday Mercury quoted "Walter Soriano" as saying.

The real Walter Soriano was at one time a partner in a now defunct UK firm called Football Universe Limited. And like Maradona, Soriano is a native Argentinian, the tireless blogger Richard Silverstein reported. (An Israeli judge threw out Soriano's lawsuit against Silverstein.)

Diego Maradona

An earlier version of USG's website names Soriano as director of operations and Simon Bird simply as "UK operations." The equally mysterious Mr. Bird, who is 76 and not to be confused with an English actor of the same name, gave an address of Ware House in Lyme Regis, a manor immortalized in the film The French Lieutenant's Woman. Bird is described as a historian and a longtime partner of Winston Churchill's granddaugher-in-law.

Both Bird and Soriano were directors of a now-defunct UK firm, Universe Security Group, whose board included Nahum Admoni, a former head of Mossad; Uri Sagi, former head of IDF intelligence; and Albert Raes, formerly Belgium's top spy. (Issac Molho, a trusted advisor to Netanyahu caught up in the prime minister's scandals, received about $200,000 in "finder's fees" from the company.)

**Update**: A reader who asked not to be named pointed out that Molho did not just receive finder's fees. He owned 10 percent of the company, according to a letter of intent he signed in 2003. Soriano was the majority shareholder.

In 2003, the Panama Maritime Authority, which manages the world's largest ship register, selected Universe Security Group as one of three "recognized security organizations" to approve ship security plans. Soriano told Lloyd's List that company operatives come mainly from the UK, Belgium, Israel, Central and South America, North Africa and the US.

A sharp-eyed Twitter user, @brazencapital, pointed out something I had read many years ago and since forgotten. One of Universe Security Group's contacts was Kyle "Dusty" Foggo, formerly the No. 3 at the CIA who went to prison in the scandal surrounding Congressman Randy "Duke" Cunningham. (Foggo was one of the subjects in my first book, Feasting on the Spoils.)

Buried in Foggo's sentencing memorandum from 2008 is a statement from a CIA contractor named Joel Combs:

> 19. The procurement contract was not the only opportunity to contract with the CIA that Foggo sent my way. He introduced me to his contacts at Universe Security Group, a foreign private security firm. Foggo explained to me that much like the water deal, I would simply need to serve as a middleman for CIA security work that could be contracted to the security firm. I had no experience in this area, did not "speak the language" of private security, and Archer never ended up making a deal with Universe Security Group.

Sentencing memo, US v Foggo

Universe Security's reputation suffered a fatal blow in 2009 when one of its customers was robbed, according to an administrator's report. (The client was not identified in the report but Israeli media reports named Graff diamonds in London.) Admoni, Sagi and Raes all resigned from the company en masse. The company went into liquidation; its assets were acquired by Soriano and Bird's newly-formed USG Security.

There's more. Soriano's USG Security also surfaced in a dispute between wealthy London property developers the Candy brothers and British businessman Mark Holyoake.

"I have reliable information that USG Security has been hired by [Ed Candy] for (sic) investigate and monitor my family, my colleagues and myself," Holyoake told a London court. He described USG as a "military-based 'security consultancy and security services provider.'" (See Holyoake v Candy, Queen's Bench Division)

Holyoake declined to reveal who passed him this information saying it related to security arrangements for his family and "could have consequences for the safety of my source if revealed." Candy's representative denied hiring USG.

During trial, Holyoake's wife testified that among the men in the Candys' "extended circle who have died mysteriously" is Boris Berezovsky, the exiled Russian oligarch in London who became a fierce critic of Vladimir Putin.

Berezovsky lost his high stakes London court battle with Roman Abramovich in 2012 over control over a major Russian oil company. Seven months later, Berezovsky was found dead in his shower with a scarf around his neck. A coroner could not reach a verdict on the death.

The mysterious Mr. Soriano is much than he seems. Connected to the prime minister, deeply tied to the Israeli security establishment, he adds to the intrigue surrounding Trump and Russia.

## 9 comments



JUNE 8, 2019 - 12:02 AM
Gerald Lubensky

Another fascinating article Seth. Someday I would like you to tell me how you keep your cast of characters straight. I get dizzy just reading what you have written

 Like

Reply



JUNE 8, 2019 - 12:10 AM
Archrevenant

I was one of the pro-Russia Trump supporters in 2016. Since Trump has screwed us over on everything, here are some hints:

The country that actually intervened in the 2016 election with highly effective cyber-warfare forces was Israel.

That intervention was critical, it turned the tide for us online.

The quid-pro-quo was the recognition of Jerusalem as the capital of Israel and the Golan heights as Israeli property.

Go dig into Bannon's friends in Europe for even more interesting connections.

 Like

Reply



JUNE 9, 2019 - 3:51 PM
charyl Gargel

Thank you for more background on this International criminal ring.

 Like

Reply
- Taj Mahal
- Zero Hedge, Russia, and the Business of Conspiracies
- Facebook's Russian (Gangster) Money
- Why did the FBI raid homes linked to Oleg Deripaska?
- Benchslapped: The Eric Dubelier File
- Putin's Architect

JULY 14, 2019 - 8:57 AM

Pingback: [Walter Soriano: The covert operative for Russian and Israeli elite | FORENSIC NEWS](#)

AUGUST 4, 2019 - 8:33 AM

Pingback: [Who is Aron Shaviv? | Trump/Russia](#)

DECEMBER 7, 2019 - 12:04 AM

Pingback: [Trump'ın İtalyan, Rus ve İsrail mafyalarına katılımı – Bilgiler](#)

JUNE 16, 2020 - 12:25 PM

Pingback: [Israeli Spy Companies Show Critical Link Between Flynn, Deripaska, and Senate Intelligence Committee Target Walter Soriano | Forensic News](#)

NOVEMBER 30, 2020 - 8:28 AM

Pingback: [Israeli Spy Companies Show Critical Link Between Flynn, Deripaska, and Senate Intelligence Committee Target Walter Soriano - Forensic News](#)

NOVEMBER 30, 2020 - 8:46 AM

Pingback: [Walter Soriano: The covert operative for Russian and Israeli elite - Forensic News](#)

## Leave a Reply

Enter your comment here…

This site uses Akismet to reduce spam. [Learn how your comment data is processed](#).

[A Russian Oligarch is Investing in U.S. Companies. Should We Be Worried?](#)   [We're Responding to Russia. Don't Tell the President](#)