# EXHIBIT 14

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate

Find By Number | **Find By Name**

**First Name**

aviram

**Middle Name**

**Last Name**

azari

**Race**

**Sex**

**Age**

[Search]  Clear Form

2 results found.

1. **Name**: AVIRAM AZARI
**Register Number**: 87216-054
**Age**: 50
**Race**: White
**Sex**: Male
**Release Date**: UNKNOWN
**Located At:** MDC Brooklyn

2. **Name**: AVIRAM AZARI
**Register Number**: 91288-054
**Age**: 50
**Race**: White
**Sex**: Male
**Released On**: 09/30/2019

▲ New Search

Our records contain information about federal inmates incarcerated from 1982 to the present.

About the locator & record availability ▶

| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Volunteering |
| Statistics | Custody & Care | | Application Process | | Publications | Former Inmates |
| | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback

USA.gov | Justice.gov | Open Government

