**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of FORENSIC NEWS LLC and SCOTT STEDMAN for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 22-mc-1617 |

## RULE 7.1 CORPORATION DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Forensic News LLC, through its undersigned counsel, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 25, 2022
New York, New York

GIBSON, DUNN & CRUTCHER LLP

/s/ Anne Champion
Anne Champion
Lee R. Crain
Erica Sollazzo Payne
Cate McCaffrey
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel for Petitioners*
*Forensic News LLC & Scott Stedman*