

# SHERIFF'S CERTIFICATE OF SERVICE
## PERSONAL DELIVERY

Case # 22-mc-1617

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

Sheriff's Case # 22017788

**FORENSIC NEWS LLC ET AL,**

PLAINTIFF/PETITIONER,

VS

**AVIRAM AZARI,**

DEFENDANT/RESPONDENT.
-------------------------------------------------------x

STATE OF NEW YORK   }
KINGS COUNTY } SS:

I, **R. GARCIA**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **6/14/2022**, at approximately **11:35 AM** at **80 29TH STREET** in the borough of **BROOKLYN**, County of **KINGS**, I served the annexed: **APPLICATION FOR JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 USC § 1782 - PROPOSED ORDER MEMORANDUM OF LAW IN SUPPORT OF PETTIONERS APPLICATION FOR AN ORDER PURSUANT TO 28 USC § 1782 DECLARATION OF PATRICK DORIS IN SUPPORT OF PETITIONERS APPLICATION FOR AN ORDER PURSUANT TO 28 USC § 1782 - RULE 7.1 CORPORATION DISCLOSURE STATEMENT - NOTICE OF APPEARANCE DECLARATION OF SCOTT STEDMAN** upon **AVIRAM AZARI**, in the following manner:

**[X] PERSONAL DELIVERY**

By delivering to and leaving with **AVIRAM AZARI** personally a true copy thereof, said person being known as the mentioned and described herein.

**[X] DESCRIPTION:**

Skin Complexion: **LIGHT,**   Gender: **Male,**   Approx. Age: **21 years old,**

Height: **5'11",**   Weight: **271 lbs,**   Hair Color: **BLACK**.

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

Dated: 6/14/2022

SHERIFF OF THE CITY OF NEW YORK
ANTHONY MIRANDA

BY: _____
R. GARCIA
DEPUTY SHERIFF
SHIELD # 476