# EXHIBIT 1

| | |
|---|---|
| **From:** | Sollazzo Payne, Erica |
| **To:** | bzone@mosessinger.com |
| **Cc:** | Champion, Anne; Crain, Lee R.; McCaffrey, Cate; Garnick, Adam J. |
| **Subject:** | In re Application of Forensic News LLC and Scott Stedman v. Azari, No. 1:22-mc-01617 |
| **Date:** | Thursday, May 26, 2022 11:57:34 AM |

Mr. Zone:

I represent Forensic News LLC and Scott Stedman in the above captioned matter, which is an application seeking discovery from Aviram Azari pursuant to 28 U.S.C. § 1782.  I understand that you served as Mr. Azari's defense counsel in his criminal proceedings.  I am writing to ask if you will accept service of the application and supporting documents on behalf of Mr. Azari to avoid the need for personal service.  Thank you.

**Erica Sollazzo Payne**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.5376 • Fax +1 212.817.9576
EPayne@gibsondunn.com • www.gibsondunn.com