# EXHIBIT 5

| | |
|---|---|
| **From:** | Barry S. Zone |
| **To:** | Crain, Lee R. |
| **Cc:** | Champion, Anne; McCaffrey, Cate |
| **Subject:** | 9-22 Azari Deposition |
| **Date:** | Thursday, September 22, 2022 2:54:34 PM |
| **Attachments:** | Informal Interrogatories - A. Azari.pages<br>ATT00001.txt |

[WARNING: External Email]

My position is that I am Mr. Azari's criminal counsel. I have never filed a notice of appearance in connection with 22-MC-1617. Mr. Azari, who is not English speaking and does not understand The American Legal System, has asked for my advice as to your subpoena and the process. I have also, as a courtesy to your firm offered to discuss with my client the proposed topic areas you were interested in, and if his answers didn't subject him to the danger of future or present criminal exposure, perhaps he would have agreed to assist in your efforts. After our conversation and evaluation of your interrogatories, below, and I'd ask you to attach for the Court's consideration, Mr. Azari has chosen to exercise his fifth amendment privilege against self-incrimination, I have simply communicated this to you on his behalf, as I'm sure he did today when you confronted him at the federal lockup in Brooklyn. Our conversations and my email correspondence with you and your firm were simply a courtesy since you cannot speak with Mr. Azari directly because he's in jail and is represented by counsel.

Should the Court require my participation in a conference, I'm certainly available at the Court's convenience.

Please let me know if you require anything else for your letter to the Court

Barry S. Zone | Partner
MOSES SINGER
The Chrysler Building, 405 Lexington Avenue
New York, NY 10174
t: (212) 554-7864 | bzone@mosessinger.com
www.mosessinger.com

Visit our newly launched website: https://www.mosessinger.com
_____

This message is being sent from a Law Firm and may contain CONFIDENTIAL or PRIVILEGED information. If you are not the intended recipient, do not print, copy or distribute this message or any attachments. Advise the sender immediately by reply e-mail, and delete this message and attachments without retaining a copy.