# EXHIBIT 6

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

In re Application of FORENSIC NEWS  :
LLC and SCOTT STEDMAN for an Order :
Pursuant to 28 U.S.C. § 1782 to Conduct :     Case No. 22-mc-1617
Discovery for Use in a Foreign Proceeding :
                                                   :
                                                   :

## INTERROGATORIES

1. Describe your relationship with Walter Soriano, including the date that you first met and the date of your most recent meeting, and when you most recently communicated.

2. Describe any names you have heard Mr. Soriano use or go by, including whether he ever went by the names, "The Thug" or "The Bodybuilder."

3. To the best of your knowledge, describe Mr. Soriano's history of service with the Israeli army, including if he ever held any position in the intelligence division.

4. To the best of your knowledge, describe any time Mr. Soriano ever killed or claimed to have killed a person or multiple people, or any time a person has ever told you that Mr. Soriano had killed or claim to have killed a person or multiple people, and describe how you learned of the activity or claim.

5. To the best of your knowledge, describe any arms dealing activity Mr. Soriano has engaged in and describe when and how you learned of the activity.

6. To the best of your knowledge, describe Mr. Soriano's activities in Monaco on behalf of Dmitry Rybolovlev, including his 2016 investigation into persons affiliated with the AC Milan soccer team.

7. To the best of your knowledge, describe any property Mr. Soriano owns in the United States, including any property connected with Playland Investments.

8. To the best of your knowledge, describe any money laundering activity Mr. Soriano has engaged in, including any that was carried out through Playland Investments LLC, and describe when and how you learned of the activity.

9. To the best of your knowledge, describe Mr. Soriano's involvement with the 2016 United States election, including any illegal hacking activities that Mr. Soriano and/or his company, USG Security, engaged in or engaged others to perform, and describe when and how you learned of the activity.

10. To the best of your knowledge, describe any involvement Mr. Soriano and/or USG Security has had with the Russian Federation, including and personal contact between Mr. Soriano and any representative of the Kremlin or Vladimir Putin, and describe when and how you learned of the contact.

11. To the best of your knowledge, describe Mr. Soriano's relationship with any of the following people and describe when and how you learned of the relationship: Simon Bird, Shlomo Rechtschaffen, Nastya Rybka, Dmitry Rybolovlev, Roman Abramovich, Oleg Deripaska, Amit Forlit, Doron Cohen, Richard Frankel, Maxim Skachko, Benjamin Netanyahu, Isaac Molho, Michael Flynn, Steve Wynn.

12. To the best of your knowledge, describe Ruskin Moscou's relationship with Mr. Soriano, including the exact dates and purposes for which Ruskin Moscou was engaged by Mr. Soriano and/or USG Security.

13. To the best of your knowledge, describe Mr. Soriano's relationship with any of the following companies, and describe when and how you learned of the relationship: BellTrox InfoTech Services, Graff Diamonds, FloLive, Psy Group, Black Cube, CyberRoot Risk Advisory, NSO Group, OSY Technologies or its Bulgarian subsidiary Circles, or Egorov Puginsky Afanasiev & Partners.

14. To the best of your knowledge, describe any hacking or surveillance activities that Mr. Soriano and/or USG Security has engaged in, directly or otherwise, including with any Israeli companies or individuals, and describe when and how you learned of the activity.

15. To the best of your knowledge, describe all services provided by BellTrox InfoTech Services, FloLive, Psy Group, Black Cube, CyberRoot Risk Advisory, NSO Group, OSY Technologies or its Bulgarian subsidiary Circles to Mr. Soriano and/or USG Security, including the dates that the services were provided.

16. Describe any and all times you have been hired by or otherwise engaged by Mr. Soriano and/or USG Security.

17. Describe any and all people Mr. Soriano has introduced you to in the course of your relationship, including Simon Bird, Shlomo Rechtschaffen, Nastya Rybka, Dmitry Rybolovlev, Roman Abramovich, Oleg Deripaska, Amit Forlit, Doron Cohen, Richard Frankel, Maxim Skachko, Viktor Vekselberg, Benjamin Netanyahu, Isaac Molho, Michael Flynn, or Steve Wynn.

18. Describe all work you have performed for or in connection with any of the following companies in any capacity: BellTrox InfoTech Services, Graff Diamonds, FloLive, Psy Group, Black Cube, CyberRoot Risk Advisory, NSO Group, OSY Technologies or its Bulgarian subsidiary Circles, or Egorov Puginsky Afanasiev & Partners.

19. Describe any sophisticated tracking, data collection and data acquisition through various technological means, such as hacking, eavesdropping services, or any other cyber surveillance or cyber intelligence services Mr. Soriano has asked you to perform, whether or not you performed them.