UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of FORENSIC NEWS LLC and SCOTT STEDMAN for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 22-mc-1617<br><br>**ORDER** |

Upon consideration of the letter motion submitted by Forensic News LLC and Scott Stedman ("Petitioners"), IT IS HEREBY ORDERED that:

1. The deposition of Aviram Azari, authorized by this Court on August 16, 2022, shall be conducted on November 2, 2022 at MDC Brooklyn;

2. To the extent feasible, MDC Brooklyn is directed to provide access to a telephone to the attorneys involved in this matter during the pendency of the deposition should they need to contact the Court.

Dated:  October  21,  2022

SO ORDERED

*Taryn A. Merkl*

U.S.M.J.  Taryn A. Merkl