**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

<u>VIA ECF</u>

March 3, 2023

The Honorable Taryn A. Merkl
U.S. District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201-1892

Re: *In re Application of Forensic News LLC & Scott Stedman for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding*, No. 22-mc-1617-MBK-TAM

Dear Judge Merkl,

Although this matter is closed, Petitioners Scott Stedman and Forensic News LLC ("Petitioners") write out of an abundance of caution to ensure the Court and Respondent are fully informed that the underlying matter pending before the UK courts that gave rise to this application for discovery pursuant to 28 U.S.C. § 1782 has been settled and thus Petitioners will not pursue any further proceedings in this action.

As always, we thank the Court for its consideration.

Respectfully submitted,

<u>/s/ Anne Champion</u>
Anne Champion


CC:  All attorneys of record